# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2647
Lower Tribunal No. 2022-CA-001529

_____

ORANGE COUNTY, FLORIDA,

Appellant,

v.

STEPHANIE KENNEDY,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Orange County.
Heather Pinder Rodriguez, Judge.

October 31, 2025

PER CURIAM.

AFFIRMED. *See Mirlalda v. Mitchell*, No. 6D2024-2551, slip op. at 2 (Fla. 6th DCA Oct. 24, 2025) (citing *Willens v. Willens*, 225 So. 3d 1017, 1018 (Fla. 1st DCA 2017) (Winsor, J., concurring) ("When a decision is based on more than one independent ground and the initial brief challenges only one, we must affirm.")).

TRAVER, C.J., and NARDELLA and WHITE, JJ., concur.

Derek J. Angell, of O'Connor, Haftel & Angell, PLLC, Orlando, for Appellant.

S. Maxwell Karrick and Page S. Staudenmaier, of Dan Newlin & Partners, Orlando, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED